# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

WILLIAM ADAM, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

CHW GROUP, INC. d/b/a Choice Home
Warranty,

        Defendant.

No.  21-CV-19-LRR

**ORDER**

_____

      The matter before the court is on the court's own motion.  On December 10, 2021, the parties filed a "Notice of Resolution" (docket no. 62).  In the Notice of Resolution, the parties stated that they anticipated that "a notice of voluntary dismissal [would] be filed in the next sixty (60) days."  Notice of Resolution at 1.  Also, on December 10, 2021, the court entered an Order (docket no. 63) stating that "[u]nless a stipulation of dismissal is filed by not later than sixty days from the date of this Order, the case will be dismissed with prejudice."  December 10, 2021 Order at 1.  The parties' dismissal papers were due on February 10, 2022.  The parties did not file dismissal papers by the sixty-day deadline.  On February 11, 2022, the Clerk of Court sent the parties a "Notice of Dismissal" (docket no. 64), stating that "[t]his action will be dismissed with prejudice . . . unless the parties file their settlement documents or good cause is shown for not dismissing this case by or no later than February 25, 2022."  Notice of Dismissal at 1.  The parties did not comply with the Clerk's Notice and did not file their dismissal papers by the February 25, 2022 deadline.  Accordingly, pursuant to Local Rule 41(b), this action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**DATED** this 14th day of March, 2022.

_(signature)_

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA